### (May 8, 1972)

■ In the Matter of JOSEPH BRANCOTA et al., Petitioners, v. PAUL KELLY, as Administrative Judge of the County Court, Nassau County, et al., Respondents.— Proceeding under article 78 of the CPLR to prohibit respondents from proceeding with the prosecution of indictments Nos. 32703 and 32704 returned by a Special Grand Jury of Nassau County against petitioners, to stay the trial of the indictments, to dismiss the indictments and to consolidate this proceeding with a similar one returnable simultaneously herewith, instituted by John Cutrone as petitioner (Motion No. 953). The petition is in all respects denied and the proceeding is dismissed, with $50 costs. (See *Matter of Cutrone* v. *Kelly*, 39 A D 2d 725.) Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.